**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL OTIS ROBERTSON**                                                    **PLAINITFF**
**ADC #136346**

**V.**                                            **NO. 4:26-cv-00312-JM**

**SARAH SANDERS, *et al*.**                                              **DEFENDANTS**

## ORDER

On March 30, 2026, *pro se* plaintiff Michael Otis Robertson, an Arkansas Division of

Correction inmate, filed this 42 U.S.C. § 1983 case. *Doc. 1*. With the initial filing, Mr. Robertson

failed to provide a completed application for leave to proceed in forma pauperis ("IFP"); nor did

he pay a filing fee. As a result, on March 31, 2026, the Court directed the Clerk of Court to send

Mr. Robertson an IFP application and ordered him to either: (1) return a completed IFP application,

along with a jail account information sheet; or (2) pay the $405.00 filing fee. *Doc. 2*. The Court

specifically warned Mr. Robertson that his failure to comply within 30 days would likely result in

the dismissal of this lawsuit. *Id*.

To date, Mr. Robertson has not addressed the filing fee requirement and the time to do so

has passed.

IT IS THEREFORE ORDERED THAT:

1.      The Court withdraws the reference.

2.      Mr. Robertson's complaint is DISMISSED, without prejudice, based on his failure

to: (1) comply with the Court's March 31, 2026 Order; (2) submit a completed IFP form or pay

the filing fee; and (3) prosecute this lawsuit.

3.      An in forma pauperis appeal from this Order and accompanying Judgment would

not be taken in good faith. 28 U.S.C. § 1915(a)(3).

4.      The Clerk is instructed to close this case.

SO ORDERED 5th day of May 2026.

_____
UNITED STATES DISTRICT JUDGE