## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**                                          **PLAINITFF**
**ADC #136346**

**V.**                                    **NO. 4:26-cv-00312-JM**

**SARAH SANDERS,** *et al.*                                          **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE